# AFFIDAVIT

## UNITED STATES DISTRICT COURT
## FOR THE
## SOUTHERN DISTRICT OF NEW YORK

SHAWNLEE CONSTRUCTION, LLC

v.                                                      CIVIL ACTION NO. 7:12-CV-3346

J.K. SCANLAN COMPANY, INC. ET AL

On October 23, 2012 I delivered the following documents:

1. Verified Complaint dated 4/26/12;
2. Summons;
3. Notice of Lawsuit;
4. Waiver;
5. Rule 7.1 Statement;
6. Amended Verified Complaint dated 5/7/12;
7. Second Amended Verified Complaint dated 10/19/12; and
8. Rule 7.1 Statement

to Marie A. Walker, Registered Agent, J.K. Scanlan Company Inc., 15 Research Road, East Falmouth, MA by serving in-hand upon Marie A. Walker, Registered Agent, J.K. Scanlan Company Inc., 15 Research Road, East Falmouth, MA @ 12:10 p.m.

Thomas C. Hyslop
Process Server & Disinterested Person